Robert L. **FOLLIS** and Georgia K. Follis, Appellants,

v.

State of **MINNESOTA,** Human Services Department and Military Affairs Department; County of Morrison, Human Services Department; County of Todd, Human Services Department, Appellees.

No. 08–3430.

United States Court of Appeals, Eighth Circuit.

Submitted: June 16, 2009.

Filed: June 24, 2009.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

Robert L. Follis, Long Prairie, MN, pro se.

Georgia K. Follis, Long Prairie, MN, pro se.

Daniel S. Goldberg, Donald J. Mueting, Attorney General's Office, St. Paul, MN, James Robert Andreen, Erstad & Riemer, Minneapolis, MN, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

In the context of their federal civil-rights action, Robert Follis and Georgia Follis filed a "motion for permanent injunction" and a "motion for emergency restraining order," seeking in both to prevent their eviction from state-owned property prior to resolution of their underlying case. The district court[1] interpreted the first motion as a motion for a preliminary injunction and denied it without prejudice and also denied the "motion for emergency restraining order" with prejudice. This appeal followed.

We lack jurisdiction to consider the denial of a motion for a temporary restraining order. *See Hamm v. Groose,* 15 F.3d 110, 112 (8th Cir.1994). Reviewing the denial of the motion for a preliminary injunction, we find no abuse of discretion. *See Grand River Enters. Six Nations, Ltd.*

*v. Beebe,* 467 F.3d 698, 701 (8th Cir.2006) (standard of review).

Accordingly, we affirm the denial of preliminary injunctive relief for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.